No. 17,613.

JAY W. LINDSEY *v.* LOUIS W. MACK, ETC.

(287 P. [2d] 49)

Decided August 22, 1955.

Mr. MORRIS RIFKIN, for plaintiff in error.

Mr. H. M. SCHERMERHORN, Mr. HOWARD E. ERICKSON, for defendant in error.

*En Banc.*

PER CURIAM.

Judgment affirmed without written opinion.